CARMEN MIRANDA PEREZ v. TAMPA TERRACE HOTEL

14 So. (2nd) 410                                          June Term, 1943
July 9, 1943                                                  Division A

L. A. Grayson, for appellant.

McKay, Macfarlane, Jackson & Ferguson, for appellee.

TERRELL, J.:

The record and the briefs in this case have been examined. We have given due consideration to the contention of appellant and her reasons why the cause should be reversed. It appears that the Florida Industrial Commission denied her relief on authority of Panama City Stevedoring Co. v. Padgett, 149 Fla. 687, 6 So. (2nd) 822. The Circuit Court affirmed on the same authority and we think they were correct.

Affirmed.

BUFORD, C. J., CHAPMAN and ADAMS, JJ., concur.